1028

No. 1203. MADERA ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. *Jack Greenberg, James M. Nabrit III, Michael Meltsner* and *Leroy D. Clark* for petitioners. *J. Lee Rankin, Stanley Buchsbaum* and *John J. Loflin* for respondents.

No. 1222. WIGGINS ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Conrad O. Pearson* and *Romallus O. Murphy* for petitioners. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for respondent.

No. 1223. BALTIMORE CONTRACTORS, INC., ET AL. *v.* PERRY. Ct. App. La., 1st Cir. Certiorari denied. *Benjamin W. Yancey* and *G. Edward Merritt* for petitioners. *Frank S. Normann, David E. Normann* and *Margot Mazeau* for respondent.

No. 1226. GRUMBLES ET AL. *v.* TIMES HERALD PRINTING CO. ET AL. C. A. 5th Cir. Certiorari denied. *William F. Billings* and *Robert A. Fanning* for petitioners. *Donald L. Case* and *Jack Pew, Jr.,* for respondents.

No. 1050. NATIONAL LABOR RELATIONS BOARD *v.* CRAWFORD MANUFACTURING CO., INC., ET AL.; and

No. 1191. AMALGAMATED CLOTHING WORKERS OF AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner in No. 1050. *Jacob Sheinkman* for petitioner in No. 1191. *Harry L. Browne* and *Frank A. Constangy* for respondent Crawford Manufacturing Co., Inc., in both cases. Reported below: 386 F. 2d 367.